IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NuStar Manufacturing, LLC.[1] | Case No. 16-12272 (MFW) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 7 |
| Silverbow Honey Company, Inc., | Case No. 16-12273 (MFW) |
| Debtor. | (Jointly Administered) |

## STATUS REPORT

NuStar Manufacturing, LLC, and Silverbow Honey company, Inc. are the above-captioned debtors (together, the "Debtors"). Alfred T. Giuliano is the appointed chapter 7 trustee (the "Trustee") for the estates of the Debtors. The Debtors' cases were previously jointly administered under the lead case of In re Nutroganics, Inc. (Case No. 16-12271), but that case was closed following the Trustee's no distribution report filed October 8, 2021.

The Trustee is currently reviewing claims in the Debtors' cases. After the claims review is complete, the Trustee will request that final fee applications be filed and the Trustee will then file the Trustee's Final Report, which is anticipated to be completed by December 31, 2022.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: NuStar Manufacturing, LLC (7239) and Silverbow Honey Company, Inc. (6713). The former location of the corporate headquarters for Nutroganics, Inc. and NuStar Manufacturing, LLC was 9812 Falls Road, #114-299, Potomac, Maryland 20854. The former location of the corporate headquarters for Silverbow Honey Company, Inc. was 1120 E. Wheeler Road, Moses Lake, Washington 98837.

| | |
|---|---|
| Dated: October 5, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email:    bsandler@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |