IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Silverbow Honey Company, Inc[1].,<br><br>Debtor. | Chapter 7<br><br>Case No.  16-12273 (MFW)<br>(Jointly Administered)<br><br>**Hearing Date: To be heard with TFR**<br>**Objection Deadline: To be determined** |

**NOTICE OF FIRST AND FINAL APPLICATION OF GIULIANO MILLER AND COMPANY, LLC SEEKING ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD OCTOBER 14, 2016 THROUGH JULY 5, 2023**

TO:   THE DEBTOR, THE U.S. TRUSTEE AND ALL PARTIES REQUESTING NOTICE PURSUANT TO FED. R. BANKR. P. 2002

Alfred T. Giuliano (the "Trustee"), Chapter 7 Trustee for the estate of Silverbow Honey Company, Inc., filed the *First and Final Application of Giuliano Miller and Company, LLC Seeking Allowance and Payment of Compensation and Reimbursement of Expenses as Accountants and Financial Advisors to the Chapter 7 Trustee for the Period October 14, 2016 through July 5, 2023* (the "Application") on behalf of Giuliano Miller and Company, LLC ("Applicant"), accountants and financial advisors to the Trustee which seeks the following relief:

Applicant seeks allowance and payment of $159,805.00 as compensation and $547.22 for reimbursement of actual and necessary expenses for the period October 14, 2016 through July 5, 2023.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Nutroganics, Inc. (1291); NuStar Manufacturing, LLC (7239); Silverbow Honey Company, Inc. (6713).  The location of the corporate headquarters for Nutroganics, Inc. and NuStar Manufacturing, LLC is 9812 Falls Road, #114-299, Potomac, MD 20854.  The former location of the corporate headquarters for Silverbow Honey Company, Inc. is 1120 E. Wheeler Road, Moses Lake, Washington 98837.
  The Debtors' cases were previously jointly administered under the lead case of *In re Nutroganics, Inc. (Case No. 16-12271)*, but that case was closed following the Trustee's no distribution report, filed October 8, 2021.

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Application must be made in writing, filed with the Bankruptcy Court and served upon the undersigned, so as to actually be received by the Bankruptcy Court and the undersigned **on or before a date to be determined** (prevailing Delaware time).  If no objections are timely filed in accordance with the above procedures, the Applicant shall file a Certificate of No Objection with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed in accordance with the above proceedings, a hearing on the Application will be held **on the hearing date of the TFR,** before the Honorable Mary F. Walrath, United States Bankruptcy Court Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #4, Wilmington, Delaware 19801.  Only those objections made in writing, timely filed and served in accordance with the above procedures will be considered at said hearing.  If you fail to respond in accordance with this notice, the Court may grant the relief demanded in the Application without further notice or hearing.

                                                                PACHULSKI STANG ZIEHL & JONES LLP

Dated: August 4, 2023                By:     */s/ Peter J. Keane*
                                                           Bradford J. Sandler (Bar No. 4142)
                                                           Peter J. Keane (Bar No. 5503)
                                                           PACHULSKI STANG ZIEHL & JONES LLP
                                                           919 N. Market Street, 17th Floor
                                                           Wilmington, DE  19899-8705 (Courier 19801)
                                                           Telephone: (302) 652-4100
                                                           Facsimile: (302) 652-4400
                                                           Email:  bsandler@pszjlaw.com
                                                                       pkeane@pszjlaw.com

                                                          Attorneys for Alfred T. Giuliano, Chapter 7 Trustee
                                                          for the estate of Silverbow Honey Company, Inc.